8195

DUNCAN v. KELLY.

APPEAL.—Time for perfecting appeal extended on terms, because appellant was too busy with his public duties to complete it in time.

Motion for extension of time to perfect appeal on ground that the attorney for appellant was so much engrossed in his public duties as not to be able to perfect the appeal in time.

Action by W. W. Duncan and Thomas C. Duncan against Joseph Kelly *et al.*   Defendants are appellants.

*Mr. J. C. Otts,* for the motion.

*Messrs. Wallace & Barron,* contra.

April 24, 1912.  PER CURIAM.  Upon hearing the motion by appellants' attorney for an extension of time to perfect this appeal, it is ordered that the time be extended for fifteen days from this date and that the cause be docketed for trial at the foot of the docket of Second Circuit.  This order is made on condition that the appellant do pay respondents' attorney the sum of twenty dollars, as expenses for meeting this motion, within ten days from this date.